# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY McPHERSON,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, Attorney General,<br><br>Defendant. | Case No.: 1:26-cv-00707 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF'S CLAIM AS FRIVOLOUS FOLLOWING SCREENING<br><br>(Doc. 4) |

Plaintiff seeks to hold defendant liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. The magistrate judge recommended this action be dismissed as frivolous. (Doc. 4.) The Court served the findings and recommendations on Plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff filed timely objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 29, 2026 (Doc. 4) are **ADOPTED** in full.

2. This action is **DISMISSED** as frivolous.

3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

UNITED STATES DISTRICT JUDGE

2